# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RANDOLPH AND DINA SANDERSON, | **Case No.: 3:14-cv-02885-LB** |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT REQUEST FOR DISMISSAL** |
| EARM L.L.C., d/b/a/ EVERGLADES CAPITAL SOLUTIONS, | |
| Defendant. | |

COMES NOW Plaintiffs DAVID RANDOLPH AND DINA SANDERSON, by and through her attorney of record, Agnes Martin, Esq., hereby notifies the Court that the parties have reached a settlement.   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has failed to serve an answer, motion for summary judgment, or otherwise appear in the above captioned action, Plaintiff requests this Court grant a dismissal without prejudice. Upon full performance of settlement terms, dismissal with prejudice to follow in 90 days.

Date:  August 15, 2014

By: Agnes Martin, Esq.
Attorney for Plaintiff
Agnes Martin, Esq. (217074)
Martin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (800) 910-4859

On Behalf of:
Law Offices of Michael Lupolover, P.C.
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632
(T) 201-461-0059
david@lupoloverlaw.com